UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-69203-BEM |
| | ) | |
| KELVIN JEROME BOWEN and | ) | CHAPTER 7 |
| APRIL BOSTIC BOWEN, | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| U.S. BANK TRUST NATIONAL | ) | |
| ASSOCIATION, AS TRUSTEE OF | ) | |
| THE LODGE SERIES III TRUST, | ) | CONTESTED MATTER |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KELVIN JEROME BOWEN, | ) | |
| APRIL BOSTIC BOWEN, and | ) | |
| MICHAEL J. BARGAR, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

**MOTION FOR RELIEF FROM STAY**

COMES NOW, U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust, c/o BSI Financial Services, Inc., its servicing agent ("Movant"), and hereby shows this Court the following:

1.

Pursuant to 11 U.S.C. Section 362(d) and Fed. R. Bankr. P. 4001, Movant seeks an order modifying the automatic stay for purposes of allowing it to enforce its security interest in certain real property of the estate, commonly known as 3334 Grove Park Terrace, Acworth, GA 30101 ("Real Property"), in accordance with the terms of a certain security deed and with applicable non-bankruptcy law.

2.

Debtors filed the above-styled Chapter 7 on December 2, 2019.

3.

Movant holds a claim secured by the Real Property. True and correct copies of the subject loan documents are collectively attached hereto as Exhibit "A" and incorporated herein by reference ("Loan Documents").

4.

Debtors are contractually delinquent on the subject loan for the following payments:

```
55 Payments Due 12/01/2014 - 06/01/2019 @ $755.01 each:   $41,525.55
01 Payments Due 07/01/2019 @ $1,181.45:                     1,181.45
05 Payments Due 08/01/2019 - 12/01/2019 @ $869.52 each:     4,347.60

                                                  Total:  $47,054.60
```

5.

Movant is not adequately protected.

6.

Debtors have little equity, if any, in the Real Property. Debtors' Schedule A lists the value of the Real Property at approximately $180,000.00. As of December 5, 2019, the payoff on the subject loan was approximately $158,106.60, not including attorney's fees and costs for this Motion, with an unpaid principal balance of $108,072.40.

7.

Movant has incurred $850.00 in attorney's fees and $181.00 costs in bringing this Motion and is entitled to reimbursement for same pursuant to the Loan Documents.

WHEREFORE, Movant prays that this Court, after notice and a hearing:

> a) Waive the stay set forth in FBR 4001(a)(3);
> b) Terminate and modify the automatic stay to permit Movant to enforce its security interest in the Real Property in accordance with the terms of the Loan Documents and applicable non-bankruptcy law, including, but not limited to, conducting a foreclosure sale and

  seeking possession of the Real Property pursuant to the laws of the State of Georgia subsequent to foreclosure;

  c) Award $850.00 for the attorney's fees and $181.00 costs incurred by Movant in bringing the Motion; and

  d) Grant such other and further relief as this Court deems just, necessary, and proper.

This 9th day of December, 2019.

                Prepared By:
                Attorney for Movant

                _____/s/_____
                Marc E. Ripps
                Georgia Bar No. 606515

P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email: meratl@aol.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-69203-BEM |
| | ) | |
| KELVIN JEROME BOWEN and | ) | CHAPTER 7 |
| APRIL BOSTIC BOWEN, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| U.S. BANK TRUST NATIONAL | ) | |
| ASSOCIATION, AS TRUSTEE OF | ) | |
| THE LODGE SERIES III TRUST, | ) | CONTESTED MATTER |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KELVIN JEROME BOWEN, | ) | |
| APRIL BOSTIC BOWEN, and | ) | |
| MICHAEL J. BARGAR, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF ASSIGNMENT OF HEARING**

PLEASE TAKE NOTICE that Movant has filed a motion for relief from the automatic stay ("Motion") and related papers with the court seeking an order for relief sought in the Motion.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, then you may wish to consult one.) If you do not want the court to lift the automatic stay, or if you want the court to consider your views on the Motion, then you or your attorney must attend a hearing on **January 29, 2020, at 9:30 a.m. in Courtroom 1402, Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.** THE AUTOMATIC STAY SHALL REMAIN IN EFFECT WITH RESPECT TO MOVANT UNTIL COURT ORDER OTHERWISE.

If you or your attorney do not take these steps, then the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief. In the event a hearing cannot be held within thirty (30) days from the filing of the Motion

as required by 11 U.S.C. Section 362, Movant, by and through counsel, waives this requirement and agrees to the next earliest possible date, as evidenced by signature below.  If a final decision is not rendered by the court within sixty (60) days of the request, then Movant waives the requirement that a final decision be issued within that period.

This 9th day of December, 2019.

PREPARED BY AND CONSENTED TO:
Attorney for Movant

_____/s/_____
Marc E. Ripps
Georgia Bar No. 606515

P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email: meratl@aol.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-69203-BEM |
| | ) | |
| KELVIN JEROME BOWEN and | ) | CHAPTER 7 |
| APRIL BOSTIC BOWEN, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| U.S. BANK TRUST NATIONAL | ) | |
| ASSOCIATION, AS TRUSTEE OF | ) | |
| THE LODGE SERIES III TRUST, | ) | CONTESTED MATTER |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KELVIN JEROME BOWEN, | ) | |
| APRIL BOSTIC BOWEN, and | ) | |
| MICHAEL J. BARGAR, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I served the parties listed below with a copy of the Motion for Relief from Stay and of the Notice of Assignment of Hearing by, **unless otherwise noted**, depositing a true and correct copy of each with the United States Postal Service with sufficient postage affixed thereto to insure first class delivery:

Office of the United States Trustee
Via ECF Electronic Notice

Michael J. Bargar, Esq.
Chapter 7 Trustee
Via ECF Electronic Notice

E. L. Clark, Esq.
Attorney for Debtors
Via ECF Electronic Notice

Kelvin Jerome Bowen
3334 Grove Park Terrace
Acworth, GA 30101-6351

April Bostic Bowen
3334 Grove Park Terrace
Acworth, GA 30101-6351

This 9th day of December, 2019.

/s/
Marc E. Ripps
Georgia Bar No. 606515

P. O. Box 923533
Norcross, GA  30010-3533
(770) 448-5377
Email: meratl@aol.com